**Order entered August 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00271-CV

### WEH-SLMP INVESTMENTS, LLC, WEHII-SRPOII INVESTMENTS, LLC, AND WRANGLER ENERGY HOLDINGS II, LLC, Appellants

### V.

### WRANGLER ENERGY II, LLC D/B/A: (I) WRANGLER II ENERGY AND (II) WRANGLER ENERGY II HOLDINGS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08087**

## ORDER

Before the Court is Wrangler Energy II, LLC's August 19, 2019 unopposed second motion for extension of time to file combined brief of appellee/cross-appellant. We **GRANT** the motion and **ORDER** appellee's and cross-appellant's combined brief be filed no later than September 16, 2019. We caution Wrangler Energy that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE